UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BUSINESS ENTERPRISE INSTITUTE, INC., A COLORADO CORP., <br><br> Plaintiff, <br> v. <br><br> ORION CAPITAL GROUP, INC., A CALIFORNIA CORP., <br><br> Defendant. | Case No.: 10-CV-02641-LHK <br><br> ORDER DISMISSING CASE WITH PREJUDICE <br><br> (re: docket #26) |

The parties have filed a stipulation of voluntary dismissal with prejudice. In light of the parties' stipulation, the case is DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction up to and including October 31, 2011 in the event there is a motion by either party to enforce the settlement agreement. The Case Management Conference currently scheduled for October 27, 2010 is VACATED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 20, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02641-LHK
ORDER OF DISMISSAL WITH PREJUDICE